# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00525-CV

**Aim Holdings, L.L.C., Appellant**

**v.**

**Anaz, Inc. d/b/a Sunrise Mini-Mart, Appellee**

### FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-05-000067, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Aim Holdings, L.L.C., has filed a motion to dismiss its appeal.  We grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1).

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed on Appellant's Motion

Filed:   September 14, 2006